JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendant. | Case No. CV 15-2767-PA (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 17, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE